IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFONZA L. WARD,
    Petitioner,

vs.                                            Case No.: 4:16cv215/WS/EMT

STATE OF FLORIDA,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner commenced this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1).  Respondent filed a motion to dismiss for lack of jurisdiction, on the ground that the habeas petition is an unauthorized second or successive petition (ECF No. 9).  Petitioner has now filed a motion to withdraw his § 2254 petition (ECF No. 11).  He requests that the court allow him to withdraw his petition because he intends to apply to the Eleventh Circuit Court of Appeals for permission to file a second or successive § 2254 petition (*id.*).  Respondent has not responded in opposition to Petitioner's motion.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff's motion to withdraw should be granted.

Accordingly, it is respectfully **RECOMMENDED**:

That Petitioner's Motion to Withdraw Habeas Corpus (ECF No. 11) be **GRANTED** and this action dismissed without prejudice.

At Pensacola, Florida, this 21st day of September 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  4:16cv215/WS/EMT