IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALFONZA L. WARD,

      Petitioner,

v.                                                                4:16cv215–WS/EMT

STATE OF FLORIDA,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc.

12) docketed September 21, 2016. The magistrate judge recommends that the

petitioner's motion to withdraw his § 2254 petition for writ of habeas corpus be

granted. The petitioner has filed no objections to the magistrate judge's report and

recommendation.

This court having reviewed the magistrate judge's report and

recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 12) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's motion (doc. 11) to withdraw his § 2254 petition for writ of habeas corpus is GRANTED.

3. This action is DISMISSED WITHOUT PREJUDICE.

4. The clerk shall enter judgment stating: "Petitioner's § 2254 petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this ____17th____ day of ____October____, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE